Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, GLADYS MILAN BARAJAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS MILAN BARAJAS,            ) | **Case No.: CV 14-5757 RNB** |
|                                  ) | |
| Plaintiff,            ) | **{PROPOSED} ORDER AWARDING** |
|                                  ) | **EQUAL ACCESS TO JUSTICE** |
| vs.            ) | **ACT ATTORNEY FEES** |
|                                  ) | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting        ) | |
| Commissioner of Social Security, ) | |
|                                  ) | |
| Defendant            | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that the Commissioner shall pay the amount of $4,000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: August 25, 2015          /S/ FREDERICK F. MUMM
                               THE HONORABLE FREDERICK F. MUMM
                               UNITED STATES MAGISTRATE JUDGE

-1-